
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUN 23 PM 2: 45

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA
## HOUMA CIVIL DOCKET

| | | |
|---|---|---|
| THE PARISH OF ST. CHARLES | * | CIVIL ACTION No. 03-CV-1004 |
| Plaintiff | * | |
| | * | Section "S" |
| Versus | * | |
| | * | MAG. DIV. "1" |
| UNION PACIFIC RAILROAD COMPANY | * | |
| Defendant | * | |

**************************************************************

### PLAINTIFF'S WITNESS LIST

Pursuant to the Court's Minute Entry dated May 1, 2003, the Parish of St. Charles ("Parish") respectfully submits the following list of witnesses who may or will be called to testify at trial:

1. Tim Vial;

2. Jack E. Evans;

3. Joe Lassus;

4. Larry Sesser;

5. Stacy Crovetto;

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._18_

6. Rodney LaFon;

7. Danny Hebert;

8. Representative of Burk - Klienpeter;

9. Representative of Urban Systems, Inc.;

10. Robert E. Becker;

11. Representative of Vernon G. Henry & Associates, Inc.;

12. Corey Faucheux;

13. Gregory C. Lier;

14. Louis G. Authement;

15. Edward A. Dufresne, Jr.;

16. Lorrie Toups;

17. Representative of Krebs, LaSalle, Lemieux Consultants, Inc.;

18. Greg Bush;

19. Al Cote;

20. Paul J. Murray, Jr.;

21. Kevin P. Belanger;

22. Barbara J. Jacob;

23. All persons identified in Defendant's Rule 26 Discovery Disclosures;

24. All persons identified in discovery between the parties; and

25. All persons identified in Defendants's Witness List.

Destrehan, Louisiana, this 23 day of June, 2003.

ROBERT L. RAYMOND (#11408)
Parish Attorney for St. Charles Parish
14108 River Road
Destrehan, Louisiana 70047
Telephone: (985) 783-5013

_____
Attorney for Plaintiff, the Parish of St. Charles

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Plaintiff's Witness List has been served upon all counsel of record by U.S. Mail, properly addressed, this 23 day of June, 2003.

_____