FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUN 23  PM 4: 48

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | **CIVIL ACTION NO. 03-1004** |
| **THE PARISH OF ST. CHARLES** | **DIVISION "S"; SECTION (1)** |
| **VERSUS** | **JUDGE LEMMON** |
| **UNION PACIFIC RAILROAD COMPANY** | **MAGISTRATE JUDGE SHUSHAN** |

## UNION PACIFIC RAILROAD COMPANY'S
### <u>WITNESS LIST</u>

NOW INTO COURT, through undersigned counsel, comes Union Pacific Railroad

Company, and submits the following Witness List in accordance with this Court's order:

1.  Ken Rouse
    Union Pacific Railroad Company
    24125 Aldine-Westfield Road
    Spring, Texas 77373

2.  Wayne Woodall
    Union Pacific Railroad Company
    2173 Maringouin Road, Hwy. 77 West
    Livonia, Louisiana 70757

3.  Bill Shrewsbury
    Louisiana Department of Transportation and Development
    P.O. Box 94245
    Baton Rouge, LA 70804-9245

NO 99377372 1

Fee_____
Process_____
X  Dktd _caa_
CtRmDep_____
Doc. No. _21_



4.      Jack E. Evans, Jr.
        9541 Brookline Avenue
        Suite A
        Baton Rouge, LA 70809

5.      William Radcliffe
        Union Pacific Railroad Company
        808 Travis Street, Suite 620
        Houston, Texas 77002

6.      J.B. Levert Land Co., Inc.
        P.O. Box 518
        Metairie, LA 70004-518

7.      Rathborne Properties, Inc.
        P.O. Box 157
        Harvey, LA 70059

8.      Danny Hebert, P.E.
        P.O. Box 1528
        Luling, LA 70070

9.      Krebs, LaSalle, LeMieux Consultants, Inc.
        P.O. Box 19688
        New Orleans, 70179

10.     Vernon G. Henry & Associates
        515 Post Oak Blvd., Suite 205
        Houston, TX 77027

11.     Urban Systems, Inc.
        400 N. Peters Street
        New Orleans, LA 70130

12.     Gore Engineering

13.     Murray/Architect
        13760 River Road, Suite B
        Destrehan, LA 70047

14.     Barrett Allison, P.E.

15.     South Central Planning and Development Commission
        P.O. Box 846
        Thibodaux, LA 70302

16.     Albert D. Laque
        Parish President
        15045 River Road, 2nd Floor
        Hahnville, LA 70057

17.     Councilman Ram Ramchandran
        13 Hermitage Court
        Destrehan, LA 70047

18.     Councilman Clayton Faucheux
        140 North Oak Court
        P.O. Box 1342
        Luling, LA 70070

19.     Councilman Desmond Hilaire
        324 Ash Street
        P.O. Box 111
        Hahnville, LA 70057

20.     Councilman Brian A. Fabre
        322 Beaupre Drive
        Luling, LA 70070

21.     Councilman Darnell Abadie
        237 Ormond Village Drive
        Destrehan, LA 70047

22.     Councilman Terry Authement
        102 Angel Drive
        P.O. Box 516
        Boutte, LA 70039

23.     Councilman April Black
        14 Bridle Path Lane
        St. Rose, LA 70087

24.  Councilman Lance Marino
     660 Pine Street
     Norco, LA 70079

25.  Councilman Barry Minnich
     337 Wanda Street
     Luling, LA 70070

26.  Larry Matson
     Director, St. Charles Parish Parks and Recreation
     West Bank Bridge Park
     13825 River Road
     Luling, LA 70070

27.  Robert Brown
     Assistant Director, St. Charles Parish Parks and Recreation
     West Bank Bridge Park
     13825 River Road
     Luling, LA 70070

28.  Stacy B. Crovetto
     Assistant Director, St. Charles Parish Parks and Recreation
     West Bank Bridge Park
     13825 River Road
     Luling, LA 70070

29.  Theresa Theriot
     Assistant Director, St. Charles Parish Parks and Recreation
     West Bank Bridge Park
     13825 River Road
     Luling, LA 70070

30.  Timothy J. Vial
     Chief Administrative Officer
     15045 River Road, 2nd Floor
     Hahnville, LA 70057

31.  Bob Lambert
     Director, St. Charles Parish Planning and Zoning Board
     14496 River Road
     Hahnville, LA 70057

32.   Earl Matherne
      Coastal Zone Management, St. Charles Parish Planning and Zoning Board
      14496 River Road
      Hahnville, LA 70057

33.   Rhys Kinler
      St. Charles Parish Planning and Zoning Board
      14496 River Road
      Hahnville, LA 70057

34.   Steve Romano
      Planner, St. Charles Parish Planning and Zoning Board
      14496 River Road
      Hahnville, LA 70057

35.   Wendy Watkins
      St. Charles Parish Planning and Zoning Board
      14496 River Road
      Hahnville, LA 70057

36.   Rodney Lafon
      Superintendent, St. Charles Parish School Board
      P.O. Box 46
      Luling, LA 70070

37.   Alfred Green
      District 1
      St. Charles Parish School Board
      P.O. Box 46
      Luling, LA 70070

38.   Mary S. Bergeron
      District 2
      St. Charles Parish School Board
      P.O. Box 46
      Luling, LA 70070

39.   Cindy Brasher
      District 3
      St. Charles Parish School Board
      P.O. Box 46
      Luling, LA 70070

40.   Clarence H. Savoie
      District 4
      St. Charles Parish School Board
      P.O. Box 46
      Luling, LA 70070

41.   John L. Smith
      District 5
      St. Charles Parish School Board
      P.O. Box 46
      Luling, LA 70070

42.   John W. Robichaux
      District 6
      St. Charles Parish School Board
      P.O. Box 46
      Luling, LA 70070

43.   Stephen Crovetto
      District 7
      St. Charles Parish School Board
      P.O. Box 46
      Luling, LA 70070

44.   Wayne T. Roussel
      District 8
      St. Charles Parish School Board
      P.O. Box 46
      Luling, LA 70070

45.   Lorrie Toups
      Director of Finance
      P.O. Box 302
      Hahnville, LA 70057

46.   Bill Smolkin

47.   Barrett Allison, P.E.

48.   Chris Tegre

49.   Rusty Rebowe

50.   James Badeaux

51.   Richard P. Wright, P.E.

52.   Joe Whalen
      2173 Maringouin Rd.
      Hwy. 77 West
      Livonia, LA 70757

52.   Any and all witnesses listed by any other party.

53.   All persons identified in discovery between the parties.

Respectfully submitted,

PHELPS DUNBAR LLP

By:   _____
      William H. Howard III (Bar No. 7025)
      Neil C. Abramson (Bar No. 21436)
      Canal Place
      365 Canal Street • Suite 2000
      New Orleans, Louisiana  70130-6534
      Telephone:  (504) 566-1311
      Facsimile:  (504) 568-9130 or 9007

ATTORNEYS FOR UNION PACIFIC RAILROAD
COMPANY

## <u>CERTIFICATE OF SERVICE</u>

I do hereby certify that I have on this 23rd day of June, 2003, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail properly addressed, and first-class postage prepaid. AND VIA FAX.