
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 JUL -1 P 4: 36

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| THE PARISH OF ST. CHARLES | CIVIL ACTION NO. 03-1004 |
| VERSUS | DIVISION "S"; SECTION (1) |
| UNION PACIFIC RAILROAD COMPANY | JUDGE LEMMON |
| | MAGISTRATE JUDGE SHUSHAN |

## UNION PACIFIC RAILROAD COMPANY'S
## SUPPLEMENTAL WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes Union Pacific Railroad Company, and supplements its Witness List to include the following:

1. Mr. Willie L. Reynolds
   Superintendent
   Union Pacific Railroad Company
   P. O. Box 217
   Livonia, LA 70755

NO 99378902 1

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep____
___ Doc. No.____

2. Greg Pinker
   Union Pacific Railroad Company
   1800 Farnam St.
   Omaha, NE 68102

3. Mr. Warren B. Beach
   Union Pacific Railroad Company
   1416 Dodge Street, Room 1230
   Omaha, NE 68179-0010

>Respectfully submitted,
>
>PHELPS DUNBAR LLP
>
>By: _____
>William H. Howard III (Bar No. 7025)
>Neil C. Abramson (Bar No. 21436)
>Canal Place
>365 Canal Street • Suite 2000
>New Orleans, Louisiana 70130-6534
>Telephone: (504) 566-1311
>Facsimile: (504) 568-9130 or 9007
>
>ATTORNEYS FOR UNION PACIFIC RAILROAD COMPANY

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 1st day July, 2003, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail properly addressed, and first-class postage prepaid/and via facsimile.

_____